866   PRISONERS' SELF-HELP LITIGATION MANUAL

32

| Official Use Only | | |
|---|---|---|
| Case Number | Judge | Magistrate Judge |
| | | |

Case: 2:25-cv-10752
Assigned To : McMillion, Brandy R.
Referral Judge: Grand, David R.
Assign. Date : 3/14/2025
Description: PRIS FLACK v
HERNANDEZ ET AL (JP)

## PRISONER CIVIL RIGHTS COMPLAINT

*This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).*

### Plaintiff's Information

| Name | Lawrence Flack | | Prisoner No. | 48172-039 | |
|---|---|---|---|---|---|

| Place of Confinement | Loretto Federal Correctional Institution | | | | |
|---|---|---|---|---|---|

| Street | P.O. Box 1000 | City | Cresson | State PA | Zip Code 16630 |
|---|---|---|---|---|---|

| Are there additional plaintiffs? | ☐ Yes | ☒ No |
|---|---|---|

*If yes, any additional plaintiffs to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. You must provide names, prisoner numbers and addresses for all plaintiffs.*

### Defendant's Information

| Name | P. Hernandez | Position | RN |
|---|---|---|---|

| Street/P.O. Box | 4004 East Arkona Road | City | Milan | State MI | Zip Code 48160 |
|---|---|---|---|---|---|

| Are you suing this defendant in his/her: | ☒ Personal Capacity | ☐ Official Capacity | ☐ Both Capacities |
|---|---|---|---|

| Are you suing more than one defendant? | ☒ Yes | ☐ No |
|---|---|---|

*If yes, any additional defendants to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. You must provide their names, positions, current addresses and the capacity (personal, official or both) in which you are suing them.*

1/3

# I. PREVIOUS LAWSUITS

Have you filed any other lawsuits in state or federal court relating to your imprisonment?

☐ Yes          ☒ No

If "Yes," complete the following section. If "No," proceed to Part II.

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.

| | |
|---|---|
| **Docket or Case Number:** | N/A |
| **Name of Court:** | N/A |
| **Parties (Caption or Name of Case):** | N/A |
| **Disposition:** | N/A |

| | |
|---|---|
| **Docket or Case Number:** | N/A |
| **Name of Court:** | N/A |
| **Parties (Caption or Name of Case):** | N/A |
| **Disposition:** | N/A |

| | |
|---|---|
| **Docket or Case Number:** | N/A |
| **Name of Court:** | N/A |
| **Parties (Caption or Name of Case):** | N/A |
| **Disposition:** | N/A |

*Any additional civil actions should be listed on a separate sheet of 8½" x11" paper and securely attached to the back of this complaint.*

For P. Hernandez (RN)

This Bivens Claim, pursuant to Carlson v. Green (1980),
is brought against P. Hernandez (RN)

This is where it all commenced.  In October 2021, I informed P. Hernandez that I had noticed a blood/clot while I was having a bowel movement.  Instead of having me evaluated, she told me that it was probably hemorrhoids and not to worry because she gets them all the time.  Well, as I found out later, it was from my urine and not my excrement and I should have been evaluated.  Also, she never again inquired (voluntarily) about this issue to me.  On June 6, 2022, P. Hernandez told me that she would bring me a sample cup the next day so my urine could be analyzed (this was after a Request to Staff exchange that I had with Nicole Clingerman). Well, that didn't happen; a urine sample was finally collected from me on June 9, 2022.  This was just over 7 (seven) months after I initially let her know that I had noticed a blood/clot.

P. Hernandez evaluated me on June 17, 2022 and let me know that she would set up an appointment for me to see the Nurse Practitioner at Milan Detention Center (MDC).  I would like to point out that P. Hernandez never talked about the results of the Urine Analysis.  I didn't find out until after I received my Medical Records on July 26, 2023 (from Loretto) that there were 7 (seven) areas 'Out of Range'.  June 17, 2022 was the last of P. Hernandez's involvement with my medial condition.  I will have to say that unbeknownst to me at that ime, the University of Michigan's Cancer Center was only 16.9 miles from Milan Prison.  although one cannot be sure if P. Hernandez was aware of this, it would be illogical to reason that she didn't.

This is to certify that I have, on this day, under penalty of perjury (Title 28 U.S.C. §1746) served a true and correct copy of the foregoing letter to the Clerk of Courts for the United States district Court for the Eastern District of Michigan presenting this action against Defendant, P. Hernandez, pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics (1971); precisely, Carlson v. Green (1980).

Date: MARCH 11, 2025

Sincerely,

Lawrence Flack   #48172-039
Loretto Federal Correctional Inst.
P.O. Box 1000
Cresson, Pennsylvania   16630

3/3

## Official Use Only

| Case Number | Judge | Magistrate Judge |
|---|---|---|
|  |  |  |

# PRISONER CIVIL RIGHTS COMPLAINT

This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).

## Plaintiff's Information

| Name   Lawrence Flack | Prisoner No.   48172-039 |
|---|---|

**Place of Confinement**   Loretto Federal Correctional Institution

| Street   P.O. Box 1000 | City   Cresson | State   PA | Zip Code   16630 |
|---|---|---|---|

Are there additional plaintiffs?   ☐ Yes   ☒ No

If yes, any additional plaintiffs to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. **You must provide names, prisoner numbers and addresses for all plaintiffs.**

## Defendant's Information

| Name   Nicole Clingerman | Position   LPN/HSA |
|---|---|

| Street/P.O. Box   4004 East Arkona Road | City   Milan | State   MI | Zip Code   48160 |
|---|---|---|---|

Are you suing this defendant in his/her:   ☒ Personal Capacity   ☐ Official Capacity   ☐ Both Capacities

Are you suing more than one defendant?   ☒ Yes   ☐ No

If yes, any additional defendants to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. **You must provide their names, positions, current addresses and the capacity (personal, official or both) in which you are suing them.**

1/3

## I. PREVIOUS LAWSUITS

Have you filed any other lawsuits in state or federal court relating to your imprisonment?

☐ Yes        ☒ No

If "Yes," complete the following section. If "No," proceed to Part II.

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.

| Docket or Case Number: | N/A |
|---|---|
| Name of Court: | N/A |
| Parties (Caption or Name of Case): | N/A |
| Disposition: | N/A |

| Docket or Case Number: | N/A |
|---|---|
| Name of Court: | N/A |
| Parties (Caption or Name of Case): | N/A |
| Disposition: | N/A |

| Docket or Case Number: | N/A |
|---|---|
| Name of Court: | N/A |
| Parties (Caption or Name of Case): | N/A |
| Disposition: | N/A |

*Any additional civil actions should be listed on a separate sheet of 8½" x11" paper and securely attached to the back of this complaint.*

For Nicole Clingerman (LPN/HSA)

2/3

This Bivens Claim, pursuant to Carlson v. Green (1980),
is brought against Nicole Clingerman (LPN/HSA)

The second time I noticed a blood/clot, was the beginning of February 2022 while I was in the SHU. This time, I was standing/urinating. I sent a Cop-out (Kite) to Health Services and never got an answer. Shortly there-after, I saw Nicole Clingerman (this was when I first met her while she was making rounds in the SHU), and when I let her know the problem I was having, she said that she would bring me a sample cup, but never did. I returned to the (MDC) on February 9, 2022. The very next day, I sent a Request to Staff to Nicole Clingerman about the issue and never got an answer. The third time I noticed a blood/clot in my urine was on June 4, 2022. I sent Nicole Clingerman an RTS the same day. She answered on June 6, 2022 and requested that I sign up for Sick Call. I did just that and finally, a urine sample was collected from me on June 9, 2022.

Once again, I didn't realize it at that time, the results of that test showed that there were 7 (seven) areas 'Out of Range'. Nicole Clingerman never informed me of these abnormalities, nor did anyone else for that matter. The fourth time I noticed a blood/clot in my urine was on June 7, 2022. I sent Nicole Clingerman an RTS the same day and never got an answer. The next time I sent Nicole Cligerman an RTS was on August 11, 2022 asking why I was prescribed the antibiotic Sulfamethoxazole/Trimeth and never got an answer. She did facilitate the X-Rays that were taken on August 9, 2022 (I was escorted, along with several other inmates, to the Main Compound; FCI). Once again, unbeknownst to me at that time, the University of Michigan's Cancer Center was only 16.9 miles from Milan Prison. Although one cannot be sure if Nicole Clingerman was aware of this, it would be illogical to reason that she didn't.

This is to certify that I have, on this day, under penalty of perjury (Title 28 U.S.C. §1746) served a true and correct copy of the foregoing letter to the Clerk of Courts for the United States District Court for the Eastern District of Michigan presenting this action against Defendant, Nicole Clingerman, pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics (1971); precisely, Carlson v. Green (1980).


Date: _MARCH 11, 2025_

Sincerely,

Lawrence Flack   #48172-039
Loretto Federal Correctional Inst.
P.O. Box 1000
Cresson, Pennsylvania  16630

3/3

| Official Use Only | | |
|---|---|---|
| Case Number | Judge | Magistrate Judge |

# PRISONER CIVIL RIGHTS COMPLAINT

*This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).*

## Plaintiff's Information

| Name | Lawrence Flack | Prisoner No. | 48172-039 |
|---|---|---|---|

| Place of Confinement | Loretto Federal Correctional Institution |
|---|---|

| Street | City | State | Zip Code |
|---|---|---|---|
| P.O. Box 1000 | Cresson | PA | 16630 |

Are there additional plaintiffs?   ☐ Yes    ☒ No

*If yes, any additional plaintiffs to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. You must provide names, prisoner numbers and addresses for all plaintiffs.*

## Defendant's Information

| Name | Kristine Aulepp | Position | DO/CD |
|---|---|---|---|

| Street/P.O. Box | City | State | Zip Code |
|---|---|---|---|
| 4004 East Arkona Road | Milan | MI | 48160 |

Are you suing this defendant in his/her:   ☒ Personal Capacity   ☐ Official Capacity   ☐ Both Capacities

Are you suing more than one defendant?   ☒ Yes    ☐ No

*If yes, any additional defendants to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. You must provide their names, positions, current addresses and the capacity (personal, official or both) in which you are suing them.*

1/3

## I. PREVIOUS LAWSUITS

Have you filed any other lawsuits in state or federal court relating to your imprisonment?

☐ Yes        ☒ No

If "Yes," complete the following section. If "No," proceed to Part II.

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.

| | |
|---|---|
| Docket or Case Number: | N/A |
| Name of Court: | N/A |
| Parties (Caption or Name of Case): | N/A |
| Disposition: | N/A |

| | |
|---|---|
| Docket or Case Number: | N/A |
| Name of Court: | N/A |
| Parties (Caption or Name of Case): | N/A |
| Disposition: | N/A |

| | |
|---|---|
| Docket or Case Number: | N/A |
| Name of Court: | N/A |
| Parties (Caption or Name of Case): | N/A |
| Disposition: | N/A |

*Any additional civil actions should be listed on a separate sheet of 8½" x11" paper and securely attached to the back of this complaint.*

For Kristine Aulepp (DO/CD)

This Bivens Claim, pursuant to Carlson v. Green (1980),
is brought against Kristine Aulepp (DO/CD)

First of all, I never knowingly met Kristine Aulepp. I only noticed her name and position after I received my Medical Records on July 26, 2023. That being said, Kristine Aulepp came on the scene to Cosign for a 'Lab Test-U-Urinalysis w/Microscopic Reflex' on June 9, 2022 at 15:25. The results of this test were on June 10, 2022 at 10:43. Kristine Aulepp Cosigned this Report on June 14, 2022 at 14:00. Once again, I didn't know that 7 (seven) areas were 'Out of Range'. I would also like to note at this point, I had noticed a blood/clot in my urine four times; in just over a 7 (seven) month period. Now, on June 16, 2022, Kristine Aulepp put me on Callout to review the results of the Urine Analysis. She said that I didn't keep the appointment and that she would reschedule it. The Officer on duty never let me know so I could be escorted to her. Nevertheless, Kristine Aulepp Cosigned 5 (five) more Lab Tests in which 3 of those 5 didn't even indicate which type of test were required and had to be resolved probably via fax machine.

The other two were worse. One was a Rejected Blood Test (because they never drew blood from me), and the other was a cancelled Cytology Test 'due to a leakage in transit the urine container was empty'. She also Cosigned the X-Rays that were taken on August 9, 2022. The problem (or one of the problems) is this; that urine sample was collected on August 4, 2022. I didn't leave Milan until October 19, 2022. No one ever collected another urine sample from me. Please keep in mind that I was unaware of these faults until I received my Medical Records on July 26, 2023. I simply didn't know. But Kristine Aulepp knew. Also, an appointment was never rescheduled. Reiterating, unbeknownst to me at that time, the University of Michigan's Cancer Center was only 16.9 miles from Milan Prison. Although one cannot be sure if Kristine Aulepp was aware of this, it would be illogical to reason that she didn't.

This is to certify that I have, on this day, under penalty of perjury (Title 28 U.S.C. §1746) served a true and correct copy of the foregoing letter to the Clerk of Courts for the United States District Court for the Eastern District of Michigan presenting this action against Defendant, Kristine Aulepp, pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics (1971); precisely, Carlson v. Green (1980).

Date: MARCH 11, 2025

Sincerely,

Lawrence Flack   #48172-039
Loretto Federal Correctional Inst.
P.O. Box 1000
Cresson, pennsylvania   16630

3/3

| Official Use Only | | |
|---|---|---|
| Case Number | Judge | Magistrate Judge |

## PRISONER CIVIL RIGHTS COMPLAINT

*This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).*

### Plaintiff's Information

| Name | Lawrence Flack | Prisoner No. | 48172-039 |
|---|---|---|---|

**Place of Confinement** Loretto Federal Correctional Institution

| Street | City | State | Zip Code |
|---|---|---|---|
| P.O. Box 1000 | Cresson | PA | 16630 |

Are there additional plaintiffs?  ☐ Yes  ☒ No

*If yes, any additional plaintiffs to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. You must provide names, prisoner numbers and addresses for all plaintiffs.*

### Defendant's Information

| Name | Matthew Brown | Position | QIIC/RN |
|---|---|---|---|

| Street/P.O. Box | City | State | Zip Code |
|---|---|---|---|
| 4004 East Arkona Road | Milan | MI | 48160 |

Are you suing this defendant in his/her:  ☒ Personal Capacity  ☐ Official Capacity  ☐ Both Capacities

Are you suing more than one defendant?  ☒ Yes  ☐ No

*If yes, any additional defendants to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. You must provide their names, positions, current addresses and the capacity (personal, official or both) in which you are suing them.*

1/3

## I. PREVIOUS LAWSUITS

Have you filed any other lawsuits in state or federal court relating to your imprisonment?

☐ Yes          ☒ No

If "Yes," complete the following section. If "No," proceed to Part II.

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.

| | |
|---|---|
| **Docket or Case Number:** | N/A |
| **Name of Court:** | N/A |
| **Parties (Caption or Name of Case):** | N/A |
| **Disposition:** | N/A |

| | |
|---|---|
| **Docket or Case Number:** | N/A |
| **Name of Court:** | N/A |
| **Parties (Caption or Name of Case):** | N/A |
| **Disposition:** | N/A |

| | |
|---|---|
| **Docket or Case Number:** | N/A |
| **Name of Court:** | N/A |
| **Parties (Caption or Name of Case):** | N/A |
| **Disposition:** | N/A |

***Any additional civil actions should be listed on a separate sheet of 8½" x11" paper and securely attached to the back of this complaint.***

For Matthew Brown (QIIC/RN)

This Bivens Claim, pursuant to Carlson v. Green (1980),
is brought against Matthew Brown (QIIC/RN)

Though not the Client, five Urine Analysis Reports were directed to Matthew Brown. The Reports stated, "Attn:Matthew Brown". One was reported on June 10, 2022 and concluded that 7 (seven) areas were 'Out of Range'.. The next three were reported on August 6, 2022; the same Reports that didn't indicate which type of test(s) were required. The last one was re-ported on August 8, 2022 (the cancelled Cytology Test). In other words, there was something wrong with all five of these Tests. By these Tests being directed to Matthew Brown, he was most assuredly aware of their faults/abnormalities and that they were not harmless. Once again, I was only made aware of these facts after I received my Medical Records on July 26, 2023. Furthermore, unbeknownst to me at that time, the University of Michigan's Cancer Center was only 16.9 miles from Milan Prison. Although one cannot be sure if Matthew Brown was aware of this, it would be illog-ical to reason that he didn't.


This is to certify that I have, on this day, under penalty of perjury (Title 28 U.S.C. §1746) served a true and correct copy of the foregoing letter to the Clerk of Courts for the United States District Court for the Eastern District of Michigan presenting this action against Defendant, Matthew Brown, pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics (1971); precisely, Carlson v. Green (1980).


Date: MARCH 11, 2025

Sincerely,

Lawrence Flack   #48172-039
Loretto Federal Correctional Inst.
P.O. Box 1000
Cresson, Pennsylvania  16630

| Official Use Only | | |
|---|---|---|
| Case Number | Judge | Magistrate Judge |

## PRISONER CIVIL RIGHTS COMPLAINT

*This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).*

### Plaintiff's Information

| Name | Lawrence Flack | Prisoner No. | 48172-039 |
|---|---|---|---|

**Place of Confinement** Loretto Federal Correctional Institution

| Street | City | State | Zip Code |
|---|---|---|---|
| P.O. Box 1000 | Cresson | PA | 16630 |

Are there additional plaintiffs?   ☐ Yes   ☒ No

*If yes, any additional plaintiffs to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. You must provide names, prisoner numbers and addresses for all plaintiffs.*

### Defendant's Information

| Name | Ukamaka Udegbunam | Position | MAT/NP-C |
|---|---|---|---|

| Street/P.O. Box | City | State | Zip Code |
|---|---|---|---|
| 4004 East Arkona Road | Milan | MI | 48160 |

Are you suing this defendant in his/her:   ☒ Personal Capacity   ☐ Official Capacity   ☐ Both Capacities

Are you suing more than one defendant?   ☒ Yes   ☐ No

*If yes, any additional defendants to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. You must provide their names, positions, current addresses and the capacity (personal, official or both) in which you are suing them.*

1/3

## I. PREVIOUS LAWSUITS

Have you filed any other lawsuits in state or federal court relating to your imprisonment?

☐ Yes          ☒ No

If "Yes," complete the following section. If "No," proceed to Part II.

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.

| Docket or Case Number: | N/A |
| Name of Court: | N/A |
| Parties (Caption or Name of Case): | N/A |
| Disposition: | N/A |

| Docket or Case Number: | N/A |
| Name of Court: | N/A |
| Parties (Caption or Name of Case): | N/A |
| Disposition: | N/A |

| Docket or Case Number: | N/A |
| Name of Court: | N/A |
| Parties (Caption or Name of Case): | N/A |
| Disposition: | N/A |

*Any additional civil actions should be listed on a separate sheet of 8½" x11" paper and securely attached to the back of this complaint.*

For Ukamaka Udegbunam (MAT/NP-C)

2/3

This Bivens Claim, pursuant to Carlson v. Green (1980),
is brought against Ukamaka Udegbunam (MAT/NP-C)

According to the Medical Records, Ukamaka Udegbunam Cosigned the Clinical Encounter that P. Hernandez performed; (both on June 17, 2022).  I first encountered Ukamaka Udegbunam on June 21,2022, as I was escorted to Health Services (MDC).  I would like to point out (and the Medical Records will verify this) that this Clinical Encounter with Ukamaka Udegbunam on June 21, 2022 and three Administrative Notes generated by her, on August 5, 8 & 10, 2022 respectively, were never Reviewed nor Cosigned by anyone.  She did however Review the rejected Blood Test (remember, they never drew blood from me).  She also Reviewed the 3 (three) Urine Analysis Tests that didn't indicate which type of tests were required.  Lastly, she Reviewed the cancelled Cytology Test.  Moreover, Ukamaka Udegbunam actually generated these 5 (five) tests on June 21,2022.  Variations of these tests were reordered via the Administrative Notes generated by her on August 5, 8 & 10, 2022 also.  She also Reviewed the X-Rays that were taken on August 9, 2022.

During the Clinical Encounter on June 21,2022, Ukamaka Udegbunam gave me a Post-it sticker with 'Amaka NP' on it; and informed me to email (RTS) her when it happened again (blood/clot in urine).  Accordingly, I addressed her as "Ms. Amaka" and sent her a total of 6 (six) RTS messages when it happened again (on June 27, July 21, 25 & 26, August 13 & 20, 2022).  Ukamaka Udegbunam never responded to any of them.  On August 10, 2022, one of the comments (Administrative Note) stated, "Will continue to monitor patient".  No one in Health Services at Milan, including "Ms. Amaka" monitored anything about my medical condition since prescribing me the antibiotic Sulfamethoxazole/Trimeth.  I left Milan Prison on October 19, 2022.  Be that as it may, unbeknownst to me at that time, the University of Michigan's Cancer Center was only 16.9 miles from Milan Prison.  Although one cannot be sure if Ukamaka Udegbunam was aware of this, it would be illogical to reason that she didn't.

This is to certify that I have, on this day, under penalty of perjury (Title 28 U.S.C. §1746) served a true and correct copy of the foregoing letter to the Clerk of Courts for the United States District Court for the Eastern district of Michigan presenting this action against Defendant, Ukamaka Udegbunam, pursuant to Bivens v. six Unknown Named Agents of Federal Bureau of Narcotics (1971); precisely, Carlson v. Green (1980)./

Date: MARCH 11, 2025

Sincerely,

Lawrence Flack  #48172-039
Loretto Federal Correctional Inst.
P.O. Box 1000
Cresson, Pennsylvania  16630

3/3

## Official Use Only

| Case Number | Judge | Magistrate Judge |
|---|---|---|
|  |  |  |

# PRISONER CIVIL RIGHTS COMPLAINT

This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).

## Plaintiff's Information

| Name | Lawrence Flack | Prisoner No. | 48172-039 |
|---|---|---|---|

**Place of Confinement**   Loretto Federal Correctional Institution

| Street | City | State | Zip Code |
|---|---|---|---|
| P.O. Box 1000 | Cresson | PA | 16630 |

Are there additional plaintiffs?   ☐ Yes   ☒ No

If yes, any additional plaintiffs to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. **You must provide names, prisoner numbers and addresses for all plaintiffs.**

## Defendant's Information

| Name | Kim Swindell | Position | MAT MD/CD |
|---|---|---|---|

| Street/P.O. Box | City | State | Zip Code |
|---|---|---|---|
| 772 St. Joseph Street | Loretto | PA | 15940 |

Are you suing this defendant in his/her:   ☒ Personal Capacity   ☐ Official Capacity   ☐ Both Capacities

Are you suing more than one defendant?   ☒ Yes   ☐ No

If yes, any additional defendants to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. **You must provide their names, positions, current addresses and the capacity (personal, official or both) in which you are suing them.**

1/3

Forms and Sample Papers for Civil Rights Cases   867

## I. PREVIOUS LAWSUITS

Have you filed any other lawsuits in state or federal court relating to your imprisonment?

☐ Yes        ☒ No

If "Yes," complete the following section. If "No," proceed to Part II.

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.

| | |
|---|---|
| Docket or Case Number: | N/A |
| Name of Court: | N/A |
| Parties (Caption or Name of Case): | N/A |
| Disposition: | N/A |

| | |
|---|---|
| Docket or Case Number: | N/A |
| Name of Court: | N/A |
| Parties (Caption or Name of Case): | N/A |
| Disposition: | N/A |

| | |
|---|---|
| Docket or Case Number: | N/A |
| Name of Court: | N/A |
| Parties (Caption or Name of Case): | N/A |
| Disposition: | N/A |

*Any additional civil actions should be listed on a separate sheet of 8½" x11" paper and securely attached to the back of this complaint.*

2/3

For Kim Swindell (MAT MD/CD)

This Bivens Claim, pursuant to Carlson v. Green (1980),
is brought against Kim Swindell (MAT MD/CD)

On November 18, 2022, Kim Swindell requested a CT Scan for 'hematuria; gross hematuria and passing of blood clots'.  The first problem is with the 'Target Date' versus the 'Scheduled Target Date'.  On the Administrative Note, they're the same (December 18, 2022).  On the Consultation Request however, they're different (Target Date is December 18, 2022: Scheduled Target Date is January 18, 2023).  The Administrative Note was in my Medical Records, the Consultation Request wasn't.  I went on an Escorted Medical Trip on January 5, 2023 to Conemaugh Hospital for this CT Scan.  Just before set-up, the CT Technician informed us that the blood work was outdated.  She told us that for patients 60 years and older, the CT Scan has to take place within a 30-day period (blood was drawn from me on November 15, 2022).  Blood was drawn from me again on January 19, 2023.  Accordingly, the CT Scan (finally) was taken on Friday, February 10, 2023.  By my calculations, had the 'Scheduled Target Date' been December 18, 2022, as it states on the Administrative Note, the CT Scan potentially would've taken place on Friday, December 9, 2022.  That would've been within the original 30-day window.  The 'Scheduled Target Date' of January 18, 2023 on the Consultation Request ultimately caused a 2 (two) month delay of the CT Scan.  Also, the first Resection of my urinary bladder potentially would've taken place on January 13, 2023 instead of March 17, 2023.

The second problem is this.  I did a FOIA Request on January 18, 2024 (from November 18, 2022 to January 13, 2023) and it was returned to me on July 1, 2024, without any information relating to the fact as to why the 2 (two) month delay of the CT Scan occurred.  This information definitely should've been in both, my Medical Records and FOIA.  I found out about the 'Scheduled Target Date' being on January 18, 2023 when I received a copy of the Consultation Request by the HSA at Loretto on March 29, 2024 (over 16 months after the Consultation Request was first ordered).

This is to certify that I have, on this day, under penalty of perjury (Title 28 U.S.C. §1746) served a true and correct copy of the foregoing letter to the Clerk of Courts for the United States District Court for the Eastern District of Michigan presenting this action against Defendant, Kim Swindell, pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics (1971); precisely, Carlson v. Green (1980).

Date: _MARCH 11, 2025_

Sincerely,

_Lawrence Flack_    #48172-039
Lawrence Flack   #48172-039
Loretto Federal Correctional Inst.
P.O. Box 1000
Cresson, Pennsylvania  16630

3/3

| Official Use Only | | |
|---|---|---|
| Case Number | Judge | Magistrate Judge |

# PRISONER CIVIL RIGHTS COMPLAINT

This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).

## Plaintiff's Information

| Name | Lawrence Flack | Prisoner No. | 48172-039 |
|---|---|---|---|

**Place of Confinement** Loretto Federal Correctional Institution

| Street | City | State | Zip Code |
|---|---|---|---|
| P.O. Box 1000 | Cresson | PA | 16630 |

**Are there additional plaintiffs?** ☐ Yes ☒ No

If yes, any additional plaintiffs to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. **You must provide names, prisoner numbers and addresses for all plaintiffs.**

## Defendant's Information

| Name | N. Martynuska | Position | RN, IOP/IDC |
|---|---|---|---|

| Street/P.O. Box | City | State | Zip Code |
|---|---|---|---|
| 772 St. Joseph Street | Loretto | PA | 15940 |

**Are you suing this defendant in his/her:** ☒ Personal Capacity ☐ Official Capacity ☐ Both Capacities

**Are you suing more than one defendant?** ☒ Yes ☐ No

If yes, any additional defendants to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. **You must provide their names, positions, current addresses and the capacity (personal, official or both) in which you are suing them.**

1/3

# I. PREVIOUS LAWSUITS

Have you filed any other lawsuits in state or federal court relating to your imprisonment?

☐ Yes          ☒ No

If "Yes," complete the following section. If "No," proceed to Part II.

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.

| | |
|---|---|
| Docket or Case Number: | N/A |
| Name of Court: | N/A |
| Parties (Caption or Name of Case): | N/A |
| Disposition: | N/A |

| | |
|---|---|
| Docket or Case Number: | N/A |
| Name of Court: | N/A |
| Parties (Caption or Name of Case): | N/A |
| Disposition: | N/A |

| | |
|---|---|
| Docket or Case Number: | N/A |
| Name of Court: | N/A |
| Parties (Caption or Name of Case): | N/A |
| Disposition: | N/A |

*For N. Martynuska (RN, IOP/IDC)*

***Any additional civil actions should be listed on a separate sheet of 8½" x11" paper and securely attached to the back of this complaint.***

This Bivens Claim, pursuant to Carlson v. Green (1980),
is brought against N. Martynuska (RN, IOP/IDC)

N. Martynuska's role is integral to Kim Swindell's role as she approved the actions of the Consultation Request on November 18, 2022 while acting in the role of UR Committee on December 7, 2022.  I am not aware of any other activity that she participated in.

This is to certify that I have, on this day, under penalty of perjury (Title 28 U.S.C. §1746) served a true and correct copy of the foregoing letter to the Clerk of Courts for the United States District Court for the Eastern District of Michigan presenting this action against Defendant, N. Martynuska, pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics (1971); precisely, Carlson v. Green (1980).

Date: _March 11, 2025_

Sincerely,

_Lawrence Flack_   #48172-039
Loretto Federal Correctional Inst.
P.O. Box 1000
Cresson, Pennsylvania   16630

3/3

COMPLAINT

1. I, Lawrence Flack, Plaintiff, brings this action against Defendant, the United States of America, pursuant to the Federal Tort Claims Act, so that this Court has jurisdiction of the subject matter of this action pursuant to 28 U.S.C. §1346(b).

2. Also, pursuant to 28 U.S.C. §1407, Plaintiff declares that the violations' inception occurred in the Sixth Circuit, and succeeded in the Third Circuit.  Plaintiff prays that this Court will govern the Multidistrict Litigation circumstances accordingly.

3. The Plaintiff has complied with all prerequisites to a suit under the Federal Tort Claims Act in that:
   a. On January 22, 2024, the Plaintiff timely filed an Administrative Claim (SF-95) for the matters in dispute in this action in the amount of $12,000,000.00 with the North Central Regional Office in Kansas City, Kansas.
   b. The Defendant, by and through its agency, the North Central Regional Office, denied Plaintiff's Administrative Claim and on October 16, 2024 mailed its Notice of Denial, a copy of which is attached to this Complaint as Exhibit '04328'.
   c. This action was timely commenced following the denial of the Administrative Claim.

4. Plaintiff also brings this action against Defendants, P. Hernandez, RN at Milan; Nicole Clingerman, LPN/HSA at Milan; Kristine Aulepp, DO/CD at Milan; Matthew Brown, QIIC/RN at Milan; Ukamaka Udegbunam, MAT/NP-C at Milan; Kim Swindell, MAT MD/CD at Loretto; and N. Martynuska, RN, IOP/IDC at Loretto, physicians acting as the agents, servants and employees of Defendant, the United States of America, in the course of their employment, who along with other agents, servants and employees of Defendant, the United States of America, known to Defendant, the United States of America, but unknown to Plaintiff, committed the acts of negligence and/or medical malpractice that are set forth more fully below.

5. As a result of the fault of the Defendants, by and through their agents, servants and employees, acting within the scope or their employment, failed to give Plaintiff adequate attention to his serious medical needs.  Because of delayed medical treatment, Plaintiff did not get a CT Scan until just over 15 (fifteen) months after the blood/ clot was first reported (was at first thought to have been in the excrement; turned out to be in the urine).  That delayed CT Scan revealed a tumor growth 6.9cm x 5.8cm x 6.4cm.  As a result of this discovery, Plaintiff suffered three unsuccessful resections if his urinary bladder and ultimately, underwent a cystoprostatectomy (bladder removal/replacemant with loss of prostate).  Moreover, just four days after surgery, Plaintiff was forced to endure verbal abuse at the hands of one of the Medical Escorts (S. Eckenrode).  This event is further explained via affidavit as Exhibit 'C' in the Tort Claim.

1/5

6. These injuries resulted from the negligence and/or medical malpractice of the agents, servants and employees of Defendants, acting within the scope of their employment, as follows:

   a. In late October 2021, date undetermined, I informed P. Hernandez that I had noticed a blood/clot while I was having a bowel movement. Instead of having me evaluated, she told me that it was probably hemorrhoids, she gets them all the time, and not to worry about it.

   b. In early February 2022, (while in the SHU) date undetermined, it happened again. This time I was standing/urinating. I wrote a Cop-out (Kite) to Health Services and never got a reply. Afterwards, I saw N. Clingerman and she said that she would bring me a sample cup, but never did. I left the SHU on February 9, 2022.

   c. On February 10, 2022 @ 08:59, I sent a Request to Staff (RTS) to N. Clingerman about the aforementioned event but never got an answer.

   d. On June 4,2022 @ 21:56, I sent an RTS to N. Clingerman letting her know that it happened again (the 3rd time). She answered on June 6, 2022 informing me to sign up for Sick Call; which I did. That same day, P. Hernandez said that she would bring me a sample cup the next day. That didn't happen.

   e. On June 7, 2022 @ 15:03, I sent an RTS to N. Clingerman letting her know that it happened again (the 4th time). I never got an answer.

   f. On June 10, 2022 @ 10:43, Quest Diagnostics reported the results of a urine sample that was collected from me on June 9, 2022 @ 13:56. The Report indicated that there were seven areas 'Out of Range'. M. Brown received this Report. K. Aulepp Cosigned this Report on June 14, 2022 @ 14:00. (I wasn't aware of this, or for that matter, anything that occurred behind the scenes, until I received my Medical Records on July 26,2023 while back at Loretto).

   g. On June 17, 2022 @ 13:29, P. Hernandez evaluated me at the Housing Unit that I was assigned to. I was completely unaware of the appointment that I had with K. Aulepp the day before and P. Hernandez never mentioned it. (As I said, I didn't find out about this until I received my Medical Records on July 26, 2023). I reiterated my my symptoms. U. Udegbunam Cosigned this Clinical Encounter on June 17, 2022 @ 14:20.

   h. On June 21, 2022 @ 10:27, U. Udegbunam evaluated me at Health Services (at Milan Detention Center). Even though the results of the Urine Analysis (see 'f.') are listed on this Clinical Encounter, she didn't go over them with me. I also found out when I received my Medical Records, that numerous Laboratory Requests were scheduled (most were never performed). Moreover, there's a note in 'Plan:Other' that states, "Hematuria:will repeat lab work and add other lab work to r/o other medical concerns". I ended up with cancer in my urinary bladder. Subsequent Medical Records do not prove that this was "ruled out". U. Udegbunam also gave me a 'Post-it sticker' with the name 'Amaka NP' on it. I was instructed to send her an email if and when it happened again. I sent her emails (RTSs) on June 27, 2022 @ 09:04, July 21, 2022 @ 17:20, July 25, 2022 @ 08:51, July 26, 2022 @ 12:59, August 13, 2022 @ 09:14 and August 20, 2022 @ 09:04; all of which went unanswered.

2/5

Even though the 'Disposition' states, "Follow-up at Sick Call as Needed", "Return Immediately if Condition Worsens" and "Return to Sick Call if Not Improved", this is not what I was instructed to do.  Besides, at the MDC, we can't just 'get up and go' to Health Services.  They have to come to the Housing Unit or we have to be escorted to them.  There was no Cosigner for this Clinical Encounter.

i.  On August 5, 2022 @ 11:45, FMC Rochester rejected tests (Comprehensive Metabolic Profile, PSA, Total, CBC w/Diff, Hemoglobin AlC) due to the fact that no blood was ever drawn from me.  That same day at 12:29, U. Udegbunam reordered the canceled lab work.  There was no Cosigner for this Administrative Note.

j.  On August 6, 2022 @ 07:59, 10:18 and 16:03, Quest Diagnostics Reported a Problem with these three tests from a urine sample that was collected from me on August 4, 2022 @ 13:05.  They all stated, "URGENT.  No test(s) are indicated on the requisition for the following specimen(s).  To prevent further delays in testing, please complete information above and fax to 630-595-6024 to resolve this order".  After the resolution, the Report indicated that there were nine areas "Out of Range'.  U. Udegbunam was the Client.  M. Brown received these Reports.  U.Udegbunam Reviewed these Reports on August 8, 2022 @ 08:10.  K. Aulepp Cosigned these Reports on August 8, 2022 @ 13:18 and 13:19.

k.  On August 8, 2022 @ 08:10, U. Udegbunam apparently made the decision to treat me for a Urinary Tract Infection with Sulfamethoxazole/Trimeth.  I received the prescription on August 10,2022 and took it at 07:00 and 19:00 starting August 11, 2022 and ending August 17, 2022.  There was no Cosigner for this Administrative Note.  An X-Ray was taken of my chest on August 9, 2022.  This is what I found later when I received my Medical Records on July 26, 2023.  First of all, the Chest X-Ray was done to "rule out" other possible causes of hematuria.  Secondly, two more Lab Tests were requested that were never performed (Cytology and Urinalysis w/Reflex to Culture & Microscopic).  The failed Cytology Test was Repoted on August 8, 2022 @ 09:55.  It was Reviewed by U. Udegbunam on August 8, 2022 @ 11:53.  It was Cosigned by K. Aulepp on August 8, 2022 @ 13:19.  M. Brown received this Report.

l.  On August 10, 2022 @ 10:25, U. Udegbunam entered another Administrative Note.  some of that info was mentioned in the previous paragraph (see 'k.').  This Administrative Note states, "Will continue to monitor patient".  That did not happen; Health Services at Milan did nothing else to help me.

m.  On August 11, 2022 @ 08:47, I sent an RTS to N. Clingerman asking why I was prescribed Sulfamethoxazole/Trimeth.  I never got an answer.  I already mentioned the RTSs that I sent to U. Udegbunam on August 13 and 20, 2022 that went unanswered.

n.  Even though it happened a few more times before I left Milan (on October 19, 2022), I thought it was the antibiotics still working in my system.  Especially because when I let N. Clingerman know it was still happening, she informed me that I would have to be reevaluated.

o. I returned to Loretto on November 4, 2022.  Shortly thereafter, I started feeling a stinging sensation when I urinated.  Via Sick Call, I reported to Stephanie Hoover on November 10, 2022.  I let her know my situation and that it was stinging when I urinated.  When she looked up my Medical Records from Milan, one of the first things she said was, "Why did they take a Chest X-Ray?".  She let me know that they were going to collect urine and blood from me, get them analyzed, and figure out what's going on.

p. The evening of January 4, 2023, I was taken to the SHU (Administrative Detention) and placed on NPO status in preparation for a CT Scan the next day.  On January 5, 2023, the Radiologist informed us that the bloodwork was outdated and we would have to reschedule.  Nearly 14 (fourteen) months later, I found out that there was a major scheduling error that caused the bloodwork to be outdated.  On January 19, 2023, blood was drawn again (the first time was November 15, 2022), and finally, the CT Scan was performed on February 10, 2023.  It revealed a tumorous growth 6.9cm x 5.8cm x 6.4cm.

q. On February 28, 2023, a Cystoscopy was performed on my urinary bladder by Dr. Kenneth Fitzpatrick at Conemaugh Hospital.  He said that the tumorous growth inside of my urinary bladder was "if not the largest, one of the three most largest" tumors he had ever seen during his career (in someone's urinary bladder, of course).  He also said that he knew it was cancerous.  The same doctor performed 'bladder resections' on me on March 17, April 21 and June 30, 2023.  Although the effort I'm sure was impeccable, unfortunately, they were unsuccessful and I found out on July 1, 2023 that I would lose my urinary bladder and prostate.  My prostate by the way was healthy and in pretty good shape.

r. The evening of September 5, 2023, I was taken to the SHU (Administrative Detention) and placed on NPO status in preparation for a cystoprostatectomy the next day.  On September 6, 2023, Dr. Benjamin Davies, and his team, performed that operation at UPMC Pittsburgh.  In recovery, they said that the operation took about 4.5 hours and that everything went well.  What happened just days later, on September 10, 2023, however, turned out to be the worst time of my incarceration.  I will only briefly mention it here as it is spelled out as Exhibit 'C' in my Tort Claim.  At the hands of a Staff Member (S. Eckenrode), I was verbally abused for absolutely no justifiable reason at all.

s. I also experienced defects in this situation when I found out that certain Medical Records were hidden from plain view and the obfuscation of the Tort Claim's Administrative Remedy Process.  The antecedant for the cancelled CT Scan (see 'p.'), is not in my Medical Records nor is it in the FOIA's Records.  The Tort Claim, although finally denied, at one time had three different Tort Claim Numbers and Due Dates for the same Tort Claim.  This was due to the Signature Confirmation Receipt for the 'SF-95' that was sent on January 22, 2024, was returned to me unsigned.  I ended up sending a total of 15 letters to various departments attempting to, and finally resolving this issue.

t. One of the effects that will immensely plague me psychologically for the rest of my life is the fact that the University of Michigan's Cancer Center is just 16.9 miles from the Milan Prison.

4/5

u. Plaintiff found out of July 18, 2024 that he has a hydrocele and is uncertain whether or not it was caused by any of the previous surgeries.

7. As a direct and proximate result of the combined negligence and/or medical malpractice of Defendants' agents, servants and employees, Plaintiff has suffered the loss of his urinary bladder and prostate (G.I. Tract is compromised also) and has therefore become, disabled and disfigured. Plaintiff was nearly 63 years of age when this ordeal began. Plaintiff is now 66 years of age with a life expectancy of 81 years of age (based upon Father's passing in 2005 at 80 years of age and Mother's passing in 2011 at 82 years of age). As far as future medical expenses as well as any other types of sufferages, Plaintiff strongly feels that it would be prudent, if this Court grants it, for Plaintiff to be represented/advised by counsel on those as well as other matters.

8. Prayer. Plaintiff requests that this Court render judgment against the Defendant, the United States of America, pursuant to the Federal Tort Claims Act. Plaintiff's sum certain is $12,000,000.00. The Defendant, by and through its agency, the North Central Regional Office, did not offer Plaintiff a settlement. Plaintiff will not counter his own sum certain. Plaintiff implores this Court for justice in this matter.

This is to certify that I have, on this day, under penalty of perjury (Title 28 U.S.C. §1746) served a true and correct copy of the foregoing letter to the Clerk of Courts for the United States District Court for the Eastern District of Michigan presenting this action against Defendant, the United States of America pursuant to the Federal Tort Claims Act.

Date: MARCH 11, 2025

Sincerely,

Lawrence Flack #48172-039
Loretto Federal Correctional Inst.
P.O. Box 1000
Cresson, Pennsylvania 16630

5/5

EXHIBIT '04328'



**U.S. Department of Justice**
Federal Bureau of Prisons
*North Central Regional Office*

_____

*Kansas City, KS 66101*

October 16, 2024

Lawrence Flack #48172-039
FCI Loretto
P.O. Box 1000
Cresson, PA 16630

Re:   Administrative Claim TRT-NCR-2024-04328
        Personal Injury:  $12 Million

**CERTIFIED NUMBER 7022 1670 0001 8628 4257**

Dear Claimant:

Your above referenced tort claim has been considered for administrative review pursuant to 28 C.F.R. § 0.172, <u>Authority: Federal Tort Claims</u> and 28 C.F.R. Part 14, <u>Administrative Claims Under Federal Tort Claims Act</u>.

Your claim is denied.  This memorandum serves as a notification of final denial under 28 C.F.R. § 14.9, <u>Final Denial of Claim</u>.  If you are dissatisfied with our agency's action, you may file suit in an appropriate U.S. District Court no later than six months after the date of mailing of this notification.

Sincerely,

Mary Noland
Regional Counsel
North Central Region

COMPLAINT

I, Lawrence Flack, Plaintiff, an inmate at the Loretto Federal Correctional Institution, brings these Bivens Claims, pursuant to Carlson v. Green (1980), against 5 (five) Health Services employees: P. Hernandez (RN); Nicole Clingerman (LPN/HSA); Kristine Aulepp (DO/CD); Matthew Brown (QIIC/RN); and Ukamaka Udegbunam (MAT/NP-C) at Milan Federal Correctional Institution as well as 2 (two) Health Services employees: Kim Swindell (MAT MD/CD); and N. Martynuska (RN, IOP/IDC) at Loretto Federal Correctional Institution. Plaintiff ultimately lost his urinary bladder and prostate as a result of the lack of concern from Health Services at Milan and critical delay by Health Services at Loretto. Also, Plaintiff's G.I. Tract is compromised and has to wear adult diapers. Plaintiff now has a hydrocele and is uncertain whether or not it was caused by any of the previous surgeries. Plaintiff is utilizing the titles according to the Medical Records that will be provided pursuant to these Claims. Some titles have changed however, but Plaintiff is totally unaware if any or all of the Health Services employees at Milan have changed titles, positions, have relocated or even still work for the Federal Bureau of Prisons. Be that as it may, Plaintiff will need the assistance of cousel, if granted, to locate these employees, if necessary.

Plaintiff declares that his Administrative Remedies were made unavailable at the Northeast Region as well as Central levels. Both of these levels fabricated dates to make it seem like they were timely, but the (Loretto) Mailroom stamps will prove otherwise. Plaintiff possessed the BP-8, BP-9, BP-10 & BP-11 for a total of just 20 days. It took 2 (two) days for Plaintiff's BP-10 to be received by the Northeast Regional Office. It took 14 (fourteen) days for Norhteast Region's Denial to be received by the (Loretto) Mailroom. It took 3 (three) days for Plaintiff's BP-11 to be received by the Central Office. It took 40 (forty) days for Central's Rejection Notice to be received by the (Loretto) Mailroom; 25 (twenty five) days after the deadline to Resubmit an Appeal. Via machination, Plaintiff's efforts were completely thwarted from taking advantage of the grievance procedure making the Administrative Remedy Process unavailable. Plaintiff understands that no exhibits are necessary at this time but will provide them when called upon.

Plaintiff has utilized forms from the 'Prisoners' Self-Help Litigation Manual', Copyright Fourth Edition, 2010 by Daniel E. Manville and John Boston. There is a modification for the "Statement of Facts" and once again, Plaintiff will need the assistance of counsel to present the Relief desired. Plaintiff definitely deserves justice to be served as the damage is irreversible. In any event, the amount should mimic the Tort Claim that's sister to this package (which is $12,000,000.00).

Plaintiff implores this Court to forgive him for any informalities and/or omissions in which Plaintiff is sure that those voids, if any, will be filled upon the granting of counsel, if this Court so desires. Thank you very much for your assistance as well as your patience.

Date: MARCH 11, 2025   Sincerely, Lawrence Flack

1/1

To the Clerk of Courts for the United States District Court for the Eastern District of Michigan,

Plaintiff wants to make the Court aware of his Mother's bank account at Comerica Bank in Detroit, Michigan.  She passed away in 2011.  Plaintiff doesn't want to relive the horrors that he went through in Probate Court, but he was awarded as executor of this particular account on 4-17-2012.  The value of the account was just short of $70K.  Plaintiff only paid lawyer's fees from this account; nothing else.  The problem is this.  Plaintiff has been incarcerated for 12 years, since 2-28-2013, and has no way of knowing if his only living sibling has acquired this account via a second Probate.  Plaintiff suspects that she has.  Plaintiff has no way of checking on this account.  Plaintiff's oldest sibling passed away in 2016.  It was just the three of us.  The only living sibling acquired everything else.  Plaintiff wants the Court to know that he is not attempting to obfuscate or get away with something because, 1) If Plaintiff had access to this account, he would pay for his own lawyer; and 2) Other lawyers might consider taking this case on a 'contingency fee' status.  If the account is still in Plaintiff's name and he gains access to it in the future, he will pay the Court fees and if the Court feels that it's necessary, the lawyer's fees as well.  The members of Plaintiff's family are...

• George Flack; passed away at 80 years of age in 2005.
• Thelma Flack (Vogel); passed away at 82 years of age in 2011.
• Marilyn Yvonne Flack; passed away at 66 years of age in 2016.
• Darlene Cerise Flack-Smith; age 71.
• Lawrence Wendell Flack (Plaintiff); age 66.

Please file this accordingly.  Thank you very much.


This is to certify that I have, on this day, under penalty of perjury (Title 28 U.S.C. §1746) served a true and correct copy of the foregoing letter to the Clerk of Courts for the United States District Court for the Eastern District of Michigan acknowledging my Mother's bank account with Comerica Bank.

Date: __MARCH 11, 2025__

Sincerely,

Lawrence Flack   #48172-039
Loretto Federal Correctional Inst.
P.O. Box 1000
Cresson, Pennsylvania  16630

To Whom This May Concern,

My name is Lawrence Flack. I am a federal inmate. I receive monthly payments from you which are deposited to what we call the 'Lock Box' in Iowa. Those payments usually show up in my account during the first week of every month. In January of this year, that didn't happen. During late in the second week, I had my 'Attorney in Fact' check into the matter. Supposedly, that check was going to be cancelled and another one sent out. As it turned out, I got paid twice in January (on the 17th & 22nd). I figure that I should send one of those payments back to you. What I need is the exact information in order to do so. I would also like to have a contact person that I could write to and/or email for any future concerns. If this isn't the correct department, please forward this letter to them and have them contact me at their earliest convenience. Please send all correspondence to...

    Lawrence Flack  #48172-039
    Loretto Federal Correctional Institution
    P.O. Box 1000
    Cresson, Pennsylvania  16630

Thank you very much for your assistance.


Date: MARCH 10, 2025      Sincerely,

                        Lawrence Flack
                        7020 1810 0001 5521 7017

This package is made from post-consumer waste. Please recycle - again.

Retail

**PRIORITY® MAIL**

RDC 03

U.S. POSTAGE PAID
PM
CRESSON, PA 16630
MAR 11, 2025

48226

$0.00

S2324K500169-30

CERTIFIED MAIL

7020 1810 0001 5521 5426

■ Ex...........c use.
■ Do...........ce (restrictions apply).*
■ US...........ic and many international destinations.
■ Lin
■ Wh...........ation form is required.

*Insur...........ling claims exclusions see the
Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

**TRACKED ■ INSURED**

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

PAPER POUCH

**FROM:**

⇒48172-039⇒
Lawrence Flack
Loretto
Federal Correctional Institution
P.O. Box 1000
Cresson, PA 16630
United States

**TO:**

⇔48172-039⇔
Us Eastern Dist Ct Sixth Circ
Att'n.:Clerk of Courts
231 W Lafayette BLVD
Detroit, MI 48226
United States

*LEGAL MAIL*

**RECEIVED**

MAR 14 2025

CLERK'S OFFICE
U.S. DISTRICT COURT